# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 3:23-CR-00326-S |
| | § | |
| MARTHA ELENA ESPARZA (1) | § | |

### ORDER ADOPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 3] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant Martha Elena Esparza's term of supervised release. *See* Order, ECF No. 13. The Court has received the Report and Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Recommendation") pursuant to its order. *See* ECF No. 17. The Defendant waived her right to object to the Recommendation. *See id.* The Court is of the opinion that the Recommendation of the Magistrate Judge is correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Recommendation is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight (8) months, with no further term of supervised release imposed.

The Court recommends that Defendant be allowed to serve her sentence at the closest Bureau of Prisons facility to the Dallas-Fort Worth area.

The Defendant shall surrender to the U.S. Marshal no later than 10:00 a.m. on Friday, October 13, 2023.

**SO ORDERED.**

Signed October 12, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE